# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>98 PLAZA LLC., a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-00382-JLS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE (Doc. 27)** |

# ORDER

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice (Doc. 27) filed by Plaintiff Suzanne Na Pier ("Plaintiff") and 98 Plaza LLC. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  January 18, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE